IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
JAN 14 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

JOHN ZUCCARINI, )
)
      Plaintiff, )
)
v. ) 1:10cv1327 (LMB/TCB)
)
)
NAMEJET, INC., et al., )
)
)
      Defendants. )

## ORDER

For the reasons stated in open court, Defendant VeriSign, Inc.'s Motion to Dismiss Complaint and Amendment to Complaint for Failure to State a Claim (Fed. R. Civ. P. 12(B)(6) [Dkt. No. 33], Network Solutions, LLC's Revised Motion to Dismiss for Failure to State a Claim (Fed. R. Civ. P. 12(b)(6)) [Dkt. No. 63], and Namejet, LLC's Revised Motion to Dismiss for Failure to State a Claim (Fed. R. Civ. P. 12(b)(6)) [Dkt. No. 67] are GRANTED, and it is hereby

ORDERED that the complaint be and is DISMISSED WITH PREJUDICE as to all defendants.

The Clerk is directed to enter judgment in defendants' favor pursuant to Fed. R. Civ. P. 58, terminate this action, and forward copies of this Order to plaintiff, pro se, and counsel of record for the defendants.

To appeal this decision, plaintiff must file a written Notice of Appeal with the Clerk of this Court within thirty (30)

days.  Failure to file a timely Notice of Appeal waives the right to appeal this decision.  Plaintiff is on notice that a frivolous appeal could result in sanctions under Fed. R. Civ. P. 11.

Entered this 14th day of January, 2011.

Alexandria, Virginia

/s/
———————————————
Leonie M. Brinkema
United States District Judge